1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,              Case No.:  22-cr-1881-JO
10                          Plaintiff,
                                           **ORDER CONTINUING MOTION**
11  v.                                     **HEARING/TRIAL SETTING**

12  ANDREW COLDICUTT,
13                          Defendant.

14

15          On August 21, 2023, the parties filed a Joint Motion to Continue the Motion

16  Hearing/Trial Setting currently set for August 25, 2023 to September 29, 2023.  For good

17  cause appearing, the Court GRANTS the joint motion to continue [Dkt. 35] and sets the

18  Motion Hearing/Trial Setting on September 29, 2023 at 1:30 p.m.

19          For the reasons set forth in the joint motion, the Court finds that the ends of justice

20  will be served by granting the requested continuance, and these outweigh the interests of

21  the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this

22  continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

23  //
24  //
25  //
26  //
27  //
28  //

1    Further, on September 27, 2022, the Defendant filed a pretrial motion that remains

2 pending. Accordingly, the Court finds that time from September 27, 2022 to September

3 29, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is

4 pending. 18 U.S.C. § 3161(h)(1)(D).

5    The parties are instructed to appear in person at the hearing on September 29, 2023,

6 and to be prepared to discuss the progress of discovery and the setting of a trial date.

7    IT IS SO ORDERED.

8 Dated:

9                                    Hon. Jinsook Ohta
                                     UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22-cr-1881-JO